JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN R. ROBBINS, for the Estate of Donnella R. Robbins, Plaintiffs, | EDCV 23-1387 DSF (SHKx) |
| v. | JUDGMENT |
| U.S. BANK NATIONAL ASSOCIATION, AS CO-TRUSTEE FOR MORTGAGE EQUITY, CONVERSION ASSET TRUST 2011-1, EDWARD A. TREDER, BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, CHAMPION MORTGAGE COMPANY, SUSAN HICKS, NATIONSTAR MORTGAGE, LLC, Defendants. | |

The Court having dismissed Defendant Susan Hicks for failure to prosecute, having granted motions to dismiss filed by all other Defendants, and Plaintiff having not amended her complaint in the time allowed by the Court,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice as to Susan Hicks, dismissed with prejudice as to the other Defendants, and that Defendants recover

costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.


Date:  November 21, 2023

Dale S. Fischer
United States District Judge